STANDARD DRY KILN CO. v. GREEN et al. (Circuit Court of Appeals, Fifth Circuit. February 15, 1917. Rehearing Denied March 20, 1917.) No. 2974. Appeal from the District Court of the United States for the Western District of Louisiana; Aleck Boarman, Judge. E. Wayles Browne, of Shreveport, La., for appellant. Leon R. Smith, of Shreveport,

*Rehearing denied.

La., for appellees. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. From an examination of the evidence, in the light of the briefs and oral argument, we find that the decree appealed from was correct and fully supported by the law and facts in the case. Decree affirmed.